UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>　　　　Respondents. | 3:07-cv-00585-LRH-RAM<br><br><br>ORDER |

　　　　The respondents' motion (#10) for an enlargement of time is GRANTED, and the time for the respondents to file a response addressing the jurisdictional issue raised in the Court's prior order (#7) is extended up to and including May 15, 2008.  Counsel is reminded of the need to comply with the prior order regarding the identification of exhibits.  See #7, at 5, lines 9-15.

　　　　DATED this 3rd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE