# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERRILL J. VOLPICELLI, | 3:07-cv-00585-LRH-RAM |
| Petitioner, | |
| vs. | ORDER |
| JACK PALMER, *et al.*, | |
| Respondents. | |

The respondents' motion (#13) for an enlargement of time is GRANTED, and the time for the respondents to file a response addressing the jurisdictional issue raised in the Court's prior order (#7) is extended up to and including Monday, June 16, 2008.

DATED this 28th day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE