# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>    Respondents. | 3:07-cv-00585-LRH-RAM<br><br>ORDER |

The respondents' motion (#22) for enlargement of time is GRANTED, and the time for the respondents to file both their reply to the petitioner's opposition to the motion to dismiss and their opposition to the motion for leave to amend petition is extended up to and including July 31, 2008.

DATED this 21st day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE