# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>    Respondents. | 3:07-cv-00585-LRH-RAM<br><br>ORDER |

The respondents' motion (#27) to file a late pleading and motion (#28) for enlargement of time are GRANTED *nunc pro tunc*, and the time for the respondents to file a reply, now filed at #29, to the petitioner's opposition to motion to dismiss is extended up to and including August 15, 2008.

DATED this 15th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE